**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Jorge Cereijo** | Social Security number or ITIN   **xxx–xx–0428** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Texas**

Case number:   **18–42298**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jorge Cereijo
fdba Cipercen, LLC

1/16/19                **By the court:**   Brenda T. Rhoades
                           United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Texas

In re:                                                                  Case No. 18-42298-btr
Jorge Cereijo                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4          User: admin              Page 1 of 2           Date Rcvd: Jan 16, 2019
                              Form ID: 318             Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2019.
db          +Jorge Cereijo,   8700 Stacy Road # 10301,   McKinney, TX 75070-2532
7574394     +American Tire Distributors,   1701 Vantage Dr #103,   Carrollton, TX 75006-5605
7574396     +Avery Oil,   1000 N Main St, Mansfield #100,   Mansfield, TX 76063-1514
7574400     +BRITTANY N. BRANTLEY,   Scott & Associates,   PO Box 115220,   Carrollton, TX 75011-5220
7574397     +Beacon Equipment Resources,   10321 Veterans Memorial Dr.,   Houston, TX 77038-1727
7574399     +Blue Cross Blue Shield,   1001 E. Lookout Drive,   Richardson, Texas 75082-4144
7574404     +Charles I. Murnane,   The Weisblatt Law Firm, L.L.C.,   2312 Katy Fort Bend Rd.,
              Katy, Texas 77493-3596
7574406     +Dennis D. Leone,   Shankman Leone, P.A.,   707 N. Franklin Street, 5th Floor,
              Tampa, FL 33602-4419
7574408     +Eric E. Ekvall,   Ekvall & Byrne, LLP,   4450 Sigma Road, Suite 100,   Dallas, TX 75244-4508
7574409     +Headway Captial,   175 W. Jackson Blvd., Suite 1000,   Chicago, IL 60604-2863
7574411     +J. Eric Reed, Attorney,   100 N. Central Expwy, Ste. 805,   Richardson, TX 75080-5325
7574412     +Maaco,   David L. Tkach, PLLC,   2300 E. 7th Street, Suite 101-A,   Charlotte, NC 28204-3312
7574413     +Maaco Franchising,   440 South Church Street, Suite 700,   Charlotte, NC 28202-2059
7574414     +Michael Merar,   Lovein Ribman P.C.,   1225 Main Street, Suite 102,   Grapevine, TX 76092
7574415     +O'Reilly Automotive Stores,   c/o Douglas S. Evans, Attny,   PO Box 10545,
              Springfield, MO 65808-0545
7574418     +Robert R. Cole Jr.,   Cole & Cole,   7703 Twisted Oaks Cir,   Dallas, TX 75231-4711
7574419     +Sean SV Homrig,   Barnett & Garcia,   3821 Juniper Trace, Suite 108,   Austin, TX 78738-5514
7574421     +Tasco Auto Color,   10323 Veterans Memorial Dr.,   Houston, TX 77038-1727
7574423     +World Omni Financial Corp,   Attn: Bankruptcy,   PO Box 991817,   Mobile, AL 36691-8817
7574424     +XL Parts,   15701 Northwest Freeway,   Houston, TX 77040-3047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           EDI: QLSPAYNE Jan 17 2019 09:28:00    Linda S Payne,   Chapter 7 Bankruptcy Trustee,
              12770 Coit Road, Suite 541,   Dallas, TX  75251-1366
7574395     +EDI: AMEREXPR.COM Jan 17 2019 09:28:00    Amex,   Correspondence/Bankruptcy,   PO Box 981540,
              El Paso, TX 79998-1540
7574402      EDI: CAPITALONE.COM Jan 17 2019 09:28:00    Capital One,   Attn: General Correspondence,
              PO Box 30285,   Salt Lake City, UT 84130-0285
7574401     +EDI: CAPITALONE.COM Jan 17 2019 09:28:00    Capital One,   Attn: Bankruptcy,   PO Box 30285,
              Salt Lake City, UT 84130-0285
7574403     +E-mail/Text: bankruptcy@cavps.com Jan 17 2019 04:35:35    Cavalry Portfolio Services,
              ATTN: Bankruptcy Department,   500 Summit Lake Ste 400,   Valhalla, NY 10595-2322
7574405     +EDI: CHASE.COM Jan 17 2019 09:28:00    Chase Card Services,   Correspondence Dept,
              PO Box 15298,   Wilmington, DE 19850-5298
7574407     +EDI: DCI.COM Jan 17 2019 09:28:00    Diversified Consultants, Inc.,   Attn: Bankruptcy,
              PO Box 551268,   Jacksonville, FL 32255-1268
7574410      EDI: IRS.COM Jan 17 2019 09:28:00    IRS Insolvency Section,   PO Box 7346,
              Philadelphia PA  19101-7346
7574416      E-mail/Text: ecfbankruptcy@nrgenergy.com Jan 17 2019 04:35:42    Reliant Energy,
              P.O. Box 3765,   Houston, TX 77253-3765
7574417     +E-mail/Text: bknotify@acsi.net Jan 17 2019 04:35:21    RentDebt Automated Collections,
              Attn: Bankruptcy,   2802 Opryland Dr,   Nashville, TN 37214-1200
7574420     +EDI: RMSC.COM Jan 17 2019 09:28:00    Syncb/Rooms To Go,   Attn: Bankruptcy,   PO Box 965060,
              Orlando, FL 32896-5060
7574422      EDI: TFSR.COM Jan 17 2019 09:28:00    Toyota Financial Services,   Attn: Bankruptcy,
              PO Box 8026,   Cedar Rapids, IA 52409
7589508      EDI: BL-TOYOTA.COM Jan 17 2019 09:28:00    Toyota Motor Credit Corporation,
              c/o Becket and Lee LLP,   PO Box 3001,   Malvern  PA 19355-0701
                                                                                              TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         Linda S Payne,   Chapter 7 Bankruptcy Trustee,   12770 Coit Road, Suite 541,
              Dallas, TX  75251-1366
cr*          Toyota Motor Credit Corporation,   c/o Becket and Lee LLP,   PO Box 3001,
              Malvern, PA  19355-0701
7574398    ##+Belt Star Protection System Inc.,   10631 CF Hawn Freeway,   Dallas, TX 75217-8047
                                                                                TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0540-4          User: admin              Page 2 of 2                   Date Rcvd: Jan 16, 2019
                              Form ID: 318             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2019 at the address(es) listed below:
          Linda S Payne    on behalf of Trustee Linda S Payne linda@paynetrustee.com,
           TX21@ecfcbis.com;lpayne2@ecf.epiqsystems.com;brandy@paynetrustee.com
          Linda S Payne    linda@paynetrustee.com,
           TX21@ecfcbis.com;lpayne2@ecf.epiqsystems.com;brandy@paynetrustee.com
          Mark I. Agee    on behalf of Debtor Jorge  Cereijo Mark@DallasBankruptcyLawyer.com,
           ageeecf@gmail.com
          US Trustee    USTPRegion06.TY.ECF@USDOJ.GOV
                                                                                             TOTAL: 4
```